UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPENDABLE HOME REMODELING LLC, on behalf of itself and all other persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENOVATE AMERICA, INC.,<br><br>Defendant. | Case No.: 20-CV-940 JLS (WVG)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 15) |

    Presently before the Court is Defendant Renovate America, Inc.'s Request for Dismissal (ECF No. 15), which the Court in its discretion construes as a Motion to Dismiss with Prejudice. Plaintiff Dependable Home Remodeling LLC filed a Response stating that it has no objection to the requested dismissal (ECF No. 17).

    Defendant filed for Chapter 11 bankruptcy on December 21, 2020, in the United States Bankruptcy Court for the District of Delaware. *See In re Renovate America, Inc.*, No. 20-13172-LSS (Bankr. Del. 2020). On January 4, 2021, Defendant filed a Notice of Stay of Proceedings in this action. ECF No. 12. The bankruptcy court approved Defendant's bankruptcy plan on September 8, 2021, which, in part, requires the dismissal of Defendant from this action. *See* ECF No. 15-1. Based on the bankruptcy plan,

Defendant argues all claims asserted against it in this lawsuit must be dismissed with prejudice. ECF No. 15 at 2.

As Plaintiff does not oppose Defendant's request, ECF No. 17, the Court **GRANTS** Defendant's Motion. The Court **DISMISSES WITH PREJUDICE** this action. This dismissal does not preclude or otherwise prejudice Plaintiff from recovering any monies made available to it pursuant to Defendant's bankruptcy proceedings. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge